No. — — — —. MINES *v.* TEXAS. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. A–499. SOLIMINE *v.* UNITED STATES DISTRICT COURT. D. C. Mass. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. D–1491. IN RE DISBARMENT OF KUKLA. Disbarment entered. [For earlier order herein, see 513 U. S. 1073.]

No. D–1495. IN RE DISBARMENT OF HUMPHREYS. Disbarment entered. [For earlier order herein, see 513 U. S. 1074.]

No. D–1496. IN RE DISBARMENT OF HOTZE. T. Wilson Hotze, of Richmond, Va., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on January 17, 1995 [513 U. S. 1108], is hereby discharged.

No. D–1497. IN RE DISBARMENT OF SKINNER. Disbarment entered. [For earlier order herein, see 513 U. S. 1124.]

No. D–1498. IN RE DISBARMENT OF WHITE. Disbarment entered. [For earlier order herein, see 513 U. S. 1124.]

No. D–1521. IN RE DISBARMENT OF WILSON. It is ordered that Robert J. Wilson, of Ardmore, Okla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1522. IN RE DISBARMENT OF MITCHELL. It is ordered that Nicholas P. Mitchell, of Greenville, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.